IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:13-cr-00243-001 |
| ) | |
| SEAN TIERNAN ) | |
| ) | |

[~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE

AND NOW, to-wit, this 7th day of May, 2015, having considered Defendant's Unopposed Motion to Modify Conditions of Release (ECF No. 21), and for good cause appearing therefor, it is hereby ORDERED, ADJUDGED and DECREED that the conditions of Defendant's release as set forth in the Order Setting Conditions of Release (ECF No. 9) and the subsequent Consent to Modify Conditions of Release, as consented to by the Defendant, are modified as follows:

**Defendant is not required to submit to drug and/or alcohol testing; and**

**Defendant shall attend Alcoholics Anonymous meetings at least two times per week.**

All other terms and conditions of the release previously imposed and consented to by Defendant remain in effect.

*[signature]*
Maurice B. Cohill, Jr.
Senior United States District Court Judge