IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 13-243 |
| | ) | |
| SEAN TIERNAN | ) | |

POSITION OF THE GOVERNMENT
WITH RESPECT TO SENTENCING FACTORS

AND NOW, comes the United States of America, by its attorneys, Soo C. Song, Acting United States Attorney for the Western District of Pennsylvania, and James T. Kitchen, Assistant United States Attorney for said District, and pursuant to Rule 32(C)(4) of the Local Rules of this Court, respectfully represents as follows:

1. The government received the presentence report for Sean Tiernan, and subsequently conferred with the office of opposing counsel, Carolyn McNiven, Esquire, and Danylle M. Ford of the United States Probation Office regarding the contents of the presentence report.

2. Pursuant to the Sentencing Guidelines, the government hereby states that it has no objections, additions or modifications to the presentence report.

Respectfully submitted,

SOO C. SONG
Acting United States Attorney

By:   s/ James T. Kitchen
      JAMES T. KITCHEN
      Assistant U.S. Attorney
      PA ID No. 308565
      U.S. Attorney's Office
      U.S. Post Office & Courthouse
      700 Grant Street, Suite 4000
      Pittsburgh, PA   15219
      Office:  412-894-7402
      Fax:  412-644-2645
      Jimmy.Kitchen@usdoj.gov