IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) Case No. 2:13-cr-00243-001 |
| SEAN TIERNAN | ) |

## [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE

AND NOW, to-wit, this 25th day of July, 2017, having considered Defendant's Unopposed Motion to Modify Conditions of Release for Leave to Travel to the State of Arizona, and for good cause there appearing, it is hereby ORDERED, ADJUDGED and DECREED that the conditions of Defendant's release as set forth in the Order Setting Conditions of Release (ECF No. 9) and the subsequent Consent to Modify Conditions of Release, as consented to by the Defendant, are modified to add the following condition:

**Defendant shall be permitted to travel to the State of Texas.**

All other terms and conditions of the release previously imposed and consented to by Defendant remain in effect.

*Arthur J. Schwab*
~~Maurice B. Cohill, Jr.~~ Arthur J. Schwab
Senior United States District Court Judge

SFO 596381912v1
—1—