IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:13-cr-00243-001 |
| ) | |
| SEAN TIERNAN ) | |
| ) | |

**[~~PROPOSED~~] ORDER AMENDING JUDGMENT REGARDING GEOGRAPHIC RESTRICTION**

AND NOW, to-wit, this 6th day of Nov, 2017, having considered Defendant's Motion to Correct Judgment Regarding Geographic Restriciton, filed and listed as Document No. 57 in the Docket for the above-captioned case, and for good cause there appearing, it is hereby ORDERED, ADJUDGED and DECREED that Paragraph 3 of the standard conditions of supervision for Defendant (ECF No. 57) shall be removed and the following condition added: "Defendant shall be permitted to travel freely within the continental United States for any purpose and to travel outside the United States (i.e., internationally) for work, provided that Defendant notifies U.S. Probation in advance."

All other terms and conditions of the release previously imposed and consented to by Defendant shall remain in effect.

~~Maurice B. Cohill, Jr.~~ Arthur J. Schwab
~~Senior~~ United States District Court Judge

SFO 596399415v2                                      −1−