IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America                )
                                        )
       vs.                              )  Criminal Number **13-243-001**
                                        )
**SEAN TIERNAN**                        )

The above named defendant satisfied the judgment of **OCTOBER 30, 2017**
By paying on **NOVEMBER 08, 2017** the full balance due on court ordered:

        __X__ ASSESSMENT

        _____ FINE

        _____ COST

        _____ JVTA

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____        11-30-2017
Deputy Clerk                          Date

FILED

NOV 30 2017

CLERK U S DISTRICT COURT
WEST DIST OF PENNSYLVANIA